UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TYRONE WINSTON,
                            Petitioner,                  21 Civ. 4615 (LGS)

           -against-                                ORDER

MICHAEL CAPRA,
                            Respondent.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, pursuant to the Court's December 2, 2021, Order, Petitioner's status letter apprising the Court on his state court appeal was due on January 31, 2022. (Dkt. No. 18.)

    WHEREAS, no such status letter was filed. It is hereby

    **ORDERED** that, by **March 15, 2022**, Respondent shall file a letter apprising the Court of the status of Petitioner's state court appeal.

    The Clerk of Court is respectfully directed to mail a copy of this Order to Petitioner, who is proceeding pro se.

Dated: March 1, 2022
          New York, New York

                                                    LORNA G. SCHOFIELD
                                             UNITED STATES DISTRICT JUDGE