**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X

TYRONE WINSTON

Petitioner,

-against-

MICHAEL CAPRA,

Respondent.

------------------------------------------------------------X

21 **CIVIL** 4615 (JAV)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 22, 2026, the Petition is denied in full; accordingly, the case is closed.

**DATED:** New York, New York
July 24, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**